1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9         **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN NEWS AND INFORMATION SERVICE, INC.; et al.,<br><br>                    Plaintiff,<br><br>vs.<br><br>WILLIAM D. GORE; et al.,<br><br>                Defendant. | CASE NO. 12cv2186-BEN (KSC)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE, AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On May 21, 2015, the Court convened an Early Neutral Evaluation Conference in this action. The case did not settle.  The Court discussed compliance with Federal Rule of Civil Procedure 26, and now **ORDERS:**

    1.     Counsel shall appear **telephonically** on **July 10, 2015,** at **10:00 a.m.** before Magistrate Judge Crawford for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).  Plaintiffs' counsel shall initiate the telephonic conference.

    2.     The Rule 26(f) conference shall be completed on or before **June 19, 2015**.

    3.     A Joint Discovery Plan shall be lodged with Magistrate Judge Crawford on or before **June 29, 2015**.  (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

1    4.    The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur

2  on or before **July 2, 2015**.

3    Plaintiffs' counsel shall serve a copy of this order on all parties that enter the

4  case from this point forward.  Each responsible attorney of record and all parties repre-

5  senting themselves shall participate in the conference.  Represented parties need not

6  participate.

7    Failure of any counsel or party to comply with this order will result in sanctions.

8    **IT IS SO ORDERED.**

9

Date: May __26__, 2015

10

11                                    KAREN S. CRAWFORD
                                      United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28