Rachel M. Baird (admitted *pro hac vice*)
15 Burlington Road
Harwinton, Connecticut 06791
Tel: (860) 605-9340
Fax: (860) 605-9342
Email: rbaird@rachelbairdlaw.com
Attorney for Plaintiff

C. D. Michel (144258)
Michel & Associates, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Tel: 562-216-4444
Fax: 562-216-4445 (fax)
Email: cmichel@michellawyers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN NEWS AND INFORMATION SERVICES, INC.[1] and JAMES C. PLAYFORD,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM D. GORE, individually and in his official capacity as San Diego County Sheriff, JAN CALDWELL, individually and in her official capacity as San Diego County Sheriff's Department Public Affairs Director, JESSE ALLENSWORTH, San Diego County Sheriff's Department Deputy, individually, JAMES BRENEMAN, San Diego County Sheriff's Department Deputy, individually, MICHAEL PROCTOR, San Diego County Sheriff's Department Deputy, individually,<br><br>Defendants. | CASE NO. 12-CV-2186-BEN (KSC)<br><br>**JOINT MOTION TO EXTEND DEADLINES [CivLR 26.1]** |

---

[1] Claims brought by American News and Information Services, Inc., the first-named Plaintiff, were dismissed by the court in a September 18, 2014, Order. [doc. #63]

- 1 -

The undersigned Attorney Rachel M. Baird, *pro hac vice* attorney of record for Plaintiff James C. Playford in the above-captioned case, hereby moves in accordance with CivLR 26.1 for a sixty (60) day extension of time for all deadlines in the above captioned matter.

## I.   RELEVANT PROCEDURAL BACKGROUND

A Complaint was filed by Attorney Williams on behalf of the Plaintiffs on September 6, 2012. Attorney Baird filed an application for admission *pro hac vice* on September 14, 2012, designating Attorney Williams as her sponsor and was appointed and appeared as counsel for the Plaintiffs on September 19, 2012. (doc. #23) A new sponsoring attorney has now been appointed in this matter, C. D. Michel, on December 8, 2015. (doc. #85)

## II.   CAUSE FOR EXTENSION OF TIME

The undersigned counsel is set to begin a criminal trial in the State of Connecticut in the matter of State of *Connecticut v. Diane Williams*, Docket No. MMX -CR11-0196537-T. This matter had an arrest date of December 1, 2011 and had been pending on the trial list until called in for a status conference in October of 2015 and called for trial by the Superior Court for the Judicial District of Middlesex, Connecticut on December 2, 2015. Jury selection began on January 13, 2016 and evidence is being presented as of the date of the filing of this motion.

This case involves allegations of financial crimes. The undersigned has, and will continue to be required to devote significant time and effort preparing for and taking part in the trial, including but not limited to spending time with an expert witness necessary to the defense of this action. This matter going to trial at this time was unforeseen at the time the scheduling order was entered.

The undersigned is aware the above captioned matter has been pending for a significant period of time and does not file this motion in an attempt to extend, delay or harass opposing counsel or the court; however, due to the severe penalties the defendant may face in this criminal matter[2] the undersigned must respectfully request an extension of all dates in this matter.

Attorney Chapin has been consulted on this matter. Attorney Chapin does not object provided all dates in this matter are extended for sixty (60) days.

For the reasons set forth above, the undersigned respectfully requests a sixty (60) day extension of time for all deadlines set forth in Scheduling Order of July 15, 2015. (doc. #82)

**III.   CONCLUSION**

For the reasons stated, the undersigned counsel respectfully asks the court to grant this motion.

Dated: February 4, 2016                     PLAINTIFF
                                            JAMES C. PLAYFORD


                                       BY:  /s/ Rachel M. Baird
                                            Rachel M. Baird
                                            *Pro Hac Vice* Attorney for Plaintiff

---

[2] Pursuant to Connecticut General Statutes § 53a-122(c) Larceny in the First degree is a class B felony. Pursuant to General Statutes § 53a-35a(6) states in relevant part, "For any felony committed on or after July 1, 1981, the sentence of imprisonment shall be a definite sentence and, unless the section of the general statutes that defines or provides the penalty for the crime specifically provides otherwise, the term shall be fixed by the court as follows: (6) For a class B felony other than manslaughter in the first degree with a firearm under section 53a-55a, a term not less than one year nor more than twenty years;"

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        DEFENDANTS
        WILLIAM D. GORE
        JAN CALDWELL


BY:  /s/  James Chapin
       James Chapin
       Attorney for the Defendants

- 4 -

12cv2186