Rachel M. Baird (admitted *pro hac vice*)
15 Burlington Road
Harwinton, Connecticut 06791
Tel: (860) 605-9340
Fax: (860) 605-9342
Email: rbaird@rachelbairdlaw.com
Attorney for Plaintiff

C. D. Michel (144258)
Michel & Associates, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Tel: 562-216-4444
Fax: 562-216-4445 (fax)
Email: cmichel@michellawyers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN NEWS AND INFORMATION SERVICES, INC.[1] and JAMES C. PLAYFORD, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM D. GORE, individually and in his official capacity as San Diego County Sheriff, JAN CALDWELL, individually and in her official capacity as San Diego County Sheriff's Department Public Affairs Director, JESSE ALLENSWORTH, San Diego County Sheriff's Department Deputy, individually, JAMES BRENEMAN, San Diego County Sheriff's Department Deputy, individually, MICHAEL PROCTOR, San Diego County Sheriff's Department Deputy, individually, <br><br> Defendants. | CASE NO. 12-CV-2186-BEN (KSC) <br><br> **NOTICE OF WITHDRAWAL OF DOCUMENT NO. 88** |

---

[1] Claims brought by American News and Information Services, Inc., the first-named Plaintiff, were dismissed by the court in a September 18, 2014, Order. [doc. #63]

- 1 -

12cv2186

The undersigned Attorney Rachel M. Baird, *pro hac vice* attorney of record for Plaintiff James C. Playford in the above-captioned case, hereby withdraws Document No. 88 in the above captioned matter.

Dated: February 4, 2016          PLAINTIFF
                                 JAMES C. PLAYFORD


                           BY:   /s/ Rachel M. Baird
                                 Rachel M. Baird
                                 *Pro Hac Vice* Attorney for Plaintiff