## Declaration of Service

  I, the undersigned, declare: That I am over the age of eighteen years and not a party to the case and my business address is: 15 Burlington Road, Harwinton, Connecticut 06791.
On February 4, 2016, I served the following documents: **NOTICE OF WITHDRAWAL OF DOCUMENT NO. 88**
  in the following manner:

1)   By personally serving the individual named by personally delivering the copies to the offices of the addressee. Time of delivery: __ a.m./p.m.

2)   By placing a copy in a sealed envelope and placing it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practices.

3)  **XX** By electronic filing, I served each of the above-referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following counsel and parties of record:

Rachel M. Baird, *Pro Hac Vice*
15 Burlington Road
Harwinton, Connecticut 06791
Tel: (860) 605-9340
Fax: (860) 605-9342
Email: rbaird@rachelbairdlaw.com
(Attorney for Plaintiff James C. Playford)

James M. Chapin, Senior Deputy
1600 Pacific Highway, Room 355
San Diego, CA 92101-2469
Telephone: (619) 531-5244
Fax: (619) 531-6005
E-mail: james.chapin@sdcounty.ca.gov
(Attorney for Defendants County of San Diego, et al.)

C.D. Michel, Attorney
Michel & Associates PC
180 East Ocean Avenue, Suite 200
Long Beach, CA 90802
Email: LQuesada@michellawyers.com

Executed February 4, 2016, at Harwinton, Connecticut.

             s/ Rachel M. Baird
             Rachel M. Baird

American News and Information Services, Inc., etc., et al. v. William D. Gore, etc., et al.;
USDC No. 12cv-2186-BEN (KSC)