| | |
|---|---|
| 1 | THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654) |
| | County of San Diego |
| 2 | By JAMES M. CHAPIN, Senior Deputy (State Bar No. 118530) |
| | 1600 Pacific Highway, Room 355 |
| 3 | San Diego, California 92101-2469 |
| | Telephone: (619) 531-5244;  Fax: (619) 531-6005 |
| 4 | E-mail: james.chapin@sdcounty.ca.gov |
| 5 | Attorneys for Defendants County of San Diego, William D. Gore, Jan Caldwell, Thomas Seiver, Brendan Cook, Jesse Allensworth, James Breneman, Michael Proctor, |
| 6 | San Diego County Sheriff's Department, and Bonnie Dumanis |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| AMERICAN NEWS AND INFORMATION SERVICES, INC., a Connecticut Corporation; EDWARD A. PERUTA; and JAMES C. PLAYFORD, | ) ) ) ) ) | No.  12-cv-2186-BEN(KSC) |
| | ) | NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT |
| Plaintiffs, | ) ) | |
| v. | ) ) | Date:  April 22, 2016 |
| | ) | Time:  10:30 a.m. |
| WILLIAM D. GORE, individually and in his official capacity as San Diego County Sheriff; JAN CALDWELL, individually and in her official capacity as San Diego County Sheriff's Department Public Affairs Director; THOMAS SEIVER, San Diego County Sheriff's Department Deputy, individually; BRENDAN COOK, San Diego County Sheriff's Department Deputy, individually; JESSE ALLENSWORTH, San Diego County Sheriff's Department Deputy, individually; JAMES BRENEMAN, San Diego County Sheriff's Department Deputy, individually; MICHAEL PROCTOR, San Diego County Sheriff's Department Deputy, individually; JOHN DOE 1-10; San Diego County Sheriff's Department; WILLIAM LANSDOWNE, individually and in his official capacity as San Diego Police Chief; JOHN DOE 1-10; San Diego Police Department; and BONNIE DUMANIS, individually and in her official capacity as San Diego County District Attorney; JOHN DOE 1-10; San Diego County District Attorney's Office, individually, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Dept.:  4D - Courtroom of the Honorable Roger T. Benitez |
| | | Trial Date:  None |
| Defendants. | ) ) | |

1  TO:   PLAINTIFF AND HIS ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on April 22, 2016, at 10:30 a.m., or as soon
3  thereafter as the matter may be heard, in the courtroom of the Honorable Roger T.
4  Benitez, United States District Judge, located at 221 West Broadway, San Diego,
5  California, Defendants County of San Diego, William D. Gore and Jan Caldwell will
6  move this Court, pursuant to Federal Rules of Civil Procedure, rule 56, for summary
7  judgment.

8  The grounds for this motion are that there are no genuine issues as to any of the
9  material facts or matters described in the papers served herewith, and the moving party is
10 entitled to summary judgment as a matter of law.

11 This motion is based upon this notice of motion and motion, the accompanying
12 memorandum of points and authorities, the declarations of Jan Caldwell, Jeff Duckworth
13 and Thomas Seiver, the separate statement of undisputed material facts and supporting
14 evidence, the notice of lodgment combined with request for judicial notice and Exhibits
15 A - D attached thereto, on all pleadings and papers on file in this action, and upon such
16 other matters as may be presented to the Court at the time of the hearing.

17 DATED:  March 24, 2016         THOMAS E. MONTGOMERY, County Counsel

18                                By: s/ JAMES M. CHAPIN, Senior Deputy
                                   Attorneys for Defendants County of San Diego,
19                                 William D. Gore, Jan Caldwell, Thomas Seiver,
                                   Brendan Cook, Jesse Allensworth, James Breneman,
20                                 Michael Proctor, San Diego County Sheriff's
                                   Department, and Bonnie Dumanis
21                                 E-mail: james.chapin@sdcounty.ca.gov

- 2 -

12-cv-2186-BEN(KSC)

Declaration of Service

I, the undersigned, declare: That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On March 25, 2016, I served the following documents: **(1) Notice Of Motion And Motion For Summary Judgment; (2) Memorandum Of Points And Authorities In Support Of Motion For Summary Judgment; (3) Separate Statement Of Undisputed Material Facts In Support Of Defendants' Motion For Summary Judgment; (4) Declaration Of Jan Caldwell In Support Of Defendants' Motion For Summary Judgment; (5) Declaration Of Jeff Duckworth In Support Of Defendants' Motion For Summary Judgment; (6) Declaration Of Thomas Seiver In Support Of Defendants' Motion For Summary Judgment; (7) Notice Of Lodgment Combined With Request For Judicial Notice In Support Of Motion For Summary Judgment** in the following manner:

   By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

| | |
|---|---|
| Rachel M. Baird, Esq. | C. D. Michel, Esq. |
| 8 Church Street, Suite 3B | Michel & Associates PC |
| Torrington, CT 06790-5247 | 180 East Ocean Avenue, Suite 200 |
| (860) 626-9991 | Long Beach, California 90802 |
| (860) 626-9992 (fax) | E-mail: Lquesada@michellawyers.com |
| E-mail: rbaird@rachelbairdlaw.com | (Attorney for Plaintiffs) |
| (Attorneys for Plaintiffs) | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2016, at San Diego, California.

By: s/ JAMES M. CHAPIN
E-mail: james.chapin@sdcounty.ca.gov

American News and Information Services, Inc., etc., et al. v. William D. Gore, etc., et al.;
USDC No. 12cv-2186-BEN(KSC)