THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
County of San Diego
By JAMES M. CHAPIN, Senior Deputy (State Bar No. 118530)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5244; Fax: (619) 531-6005
E-mail: james.chapin@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, William D. Gore, Jan Caldwell, Thomas Seiver, Brendan Cook, Jesse Allensworth, James Breneman, Michael Proctor, San Diego County Sheriff's Department and Bonnie Dumanis

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN NEWS AND INFORMATION SERVICES, INC., a Connecticut Corporation; EDWARD A. PERUTA; and JAMES C. PLAYFORD, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM D. GORE, individually and in his official capacity as San Diego County Sheriff; JAN CALDWELL, individually and in her official capacity as San Diego County Sheriff's Department Public Affairs Director; THOMAS SEIVER, San Diego County Sheriff's Department Deputy, individually; BRENDAN COOK, San Diego County Sheriff's Department Deputy, individually; JESSE ALLENSWORTH, San Diego County Sheriff's Department Deputy, individually; JAMES BRENEMAN, San Diego County Sheriff's Department Deputy, individually; MICHAEL PROCTOR, San Diego County Sheriff's Department Deputy, individually; JOHN DOE 1-10; San Diego County Sheriff's Department; WILLIAM LANSDOWNE, individually and in his official capacity as San Diego Police Chief; JOHN DOE 1-10; San Diego Police Department; and BONNIE DUMANIS, individually and in her official capacity as San Diego County District Attorney; JOHN DOE 1-10; San Diego County District Attorney's Office, individually, <br><br> Defendants. | No. 12-cv-2186-BEN(KSC) <br><br> DECLARATION OF JEFF DUCKWORTH IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT <br><br> Date: April 22, 2016 <br> Time: 10:30 a.m. <br> Dept.: 5A - Courtroom of the Honorable Roger T. Benitez <br> Trial Date: None |

12-cv-2186-BEN(KSC)

I, JEFF DUCKWORTH, declare as follows:

1. I am a Lieutenant assigned to the San Diego County Sheriff Department's Internal Affairs Unit.

2. I researched the Internal Affairs database and found that in 2010, James Playford filed three Internal Affairs complaints, none of which involved Deputy Thomas Seiver.

3. Complaint filed No. 2010-C-031 was filed in February 2010 against Deputy Luis Carrillo for a matter that occurred in 2009.

4. Complaint filed No. 2010-C-151 was filed in September 2010 against Deputy Michael McNeill.

5. Complaint file No. 2010-027.1 was filed in February 2010 against Deputy Jason Rothline.

6. I did not find any complaints by Mr. Playford involving Thomas Seiver at any time.

I declare under penalty of perjury under California law that the foregoing is true and correct.

Executed in San Diego, California, March 18, 2016.

*JEFF DUCKWORTH*