Rachel M. Baird (admitted *pro hac vice*)
8 Church Street, Suite 3B
Torrington, CT 06790-5247
Tel: (860) 626-9991
Fax: (860) 626-9992
Email: rbaird@rachelbairdlaw.com
Attorney for Plaintiff

C.D. Michel, Attorney (#144257)
Michel & Associates PC
180 East Ocean Avenue, Suite 200
Long Beach, CA 90802
Email: LQuesada@michellawyers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN NEWS AND INFORMATION SERVICES, INC.[1] and JAMES C. PLAYFORD,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM D. GORE, individually and in his official capacity as San Diego County Sheriff, JAN CALDWELL, individually and in her official capacity as San Diego County Sheriff's Department Public Affairs Director, JESSE ALLENSWORTH, San Diego County Sheriff's Department Deputy, individually, JAMES BRENEMAN, San Diego County Sheriff's Department Deputy, individually, MICHAEL PROCTOR, San Diego County Sheriff's Department Deputy, individually,<br><br>Defendants. | CASE NO. 12-CV-2186-BEN (KSC)<br><br>**MOTION TO MODIFY/CHANGE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>The Honorable Roger T. Benitez<br>Courtroom: 5A |

---

[1] Claims brought by American News and Information Services, Inc., the first-named Plaintiff, were dismissed by the court in a September 18, 2014, Order. [doc. #63]

- 1 -

The undersigned Attorney Rachel M. Baird with the consent of counsel for the County of San Diego Defendants hereby moves to modify the hearing date set for April 22, 2016, on Defendants' Motion for Summary Judgment.

Defendants' counsel hereby consents to a modification of the hearing date from April 22, 2016, to a date in April or May 2016. Undersigned counsel requests a date after April 29, 2016, and specifically requests May 6, 9, 13, or 16.

As good cause for the modification undersigned counsel represents:

Defendants filed a Motion for Summary Judgment on March 25, 2016, and scheduled a hearing date for April 22, 2016. The current deadline for undersigned counsel to file a response is April 8, 2016. On Sunday, April 3, 2016, undersigned counsel experienced an eye condition that deteriorated over the next two days requiring medical attention. Dr. Joseph F. Bentivegna of Rocky Hill, CT diagnosed the condition as a severe subconjunctival hemorrhage and recommended no exertion of the eyes for 5 days. In addition undersigned counsel has received notice of jury selection in a state court criminal trial (CT State Docket No. K21N-CR14-0125243-S) to commence on April 18, 2016, that would conflict with the scheduled April 22, 2016, oral argument hearing date in the instant matter.

For all of the foregoing reasons undersigned counsel respectfully moves for a modification of the April 22, 2016, as requested or as the court deems appropriate.

| | | |
|---|---|---|
| 1 | Dated: April 7, 2016 | PLAINTIFF |
| 2 | | JAMES C. PLAYFORD |
| 4 | | BY:  /s/ Rachel M. Baird |
| | | Rachel M. Baird |
| 5 | | *Pro Hac Vice* Attorney for Plaintiff |