UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN NEWS AND INFORMATION SERVICES, INC., et al.,<br><br>                                              Plaintiffs,<br><br>v.<br><br>WILLIAM D. GORE, et al.,<br><br>                                              Defendants. | Case No.:  12CV2186 BEN (KSC)<br><br>**ORDER GRANTING REQUEST FOR CONTINUANCE AND ISSUING BRIEFING SCHEDULE**<br><br>[Docket No. 96] |

On April 7, 2016, Plaintiff filed a Motion to Modify/Change Hearing Date on Defendants' Motion for Summary Judgment seeking to continue the April 22, 2016 hearing date to a date after April 29, 2016.  (Docket No. 96.)  Plaintiff's counsel represents that Defendants' counsel consents to the continuance.  (*Id.* at 2.)  Plaintiff requests the continuance because a health issue has delayed preparation of the Opposition, currently due on April 8, 2016, and the current hearing date conflicts with a state court criminal trial commencing on April 18, 2016.

The Court **GRANTS** the Motion, continues the hearing to **May 3, 2016 at 9:30 a.m.**, and modifies the briefing schedule as follows:

- Plaintiff's Opposition is due April 15, 2016

- Defendants' Reply is due April 22, 2016

    **IT IS SO ORDERED.**

Dated:  April 7, 2016

Hon. Roger T. Benitez
United States District Judge