EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

EXHIBIT 2

# examiner.com

NEWS / POLITICS / POLICY & ISSUES

# Hung Jury in San Diego Photojournalist Obstruction Trial

March 30, 2011
10:59 PM MST



Warning photo about JC Playford posted at the San Diego Sheriffs Headquarters in Nov. 2009
*JC Playford*

Judge John Thompson declared a mistrial Tuesday afternoon after an El Cajon jury deadlocked on both counts of obstructing a police officer by independent photojournalist J.C. Playford of Ramona. The jury deliberated for a day and a half, but could not agree on a verdict for charges stemming from two incidents in early 2010. At least 3 jurors on each count believed that Playford was not guilty of interfering with San Diego Sheriffs Deputy Tom Seiver's duties in public by quietly filming him from 20-40 feet away on Feb. 28 and again on March 10, 2010.

After being dismissed yesterday, one juror who voted for acquittal told the Defense that this case was purely a matter of Constitutional rights – freedom of speech and freedom of the press and that they supported Playford's rights to film cops in public 100%.

Despite her loss to a public defender in this case, Prosecutor Nicole Roth indicated in a hearing this morning that the DA intends to re-try Playford on both charges. Judge Thompson then offered Playford a plea bargain: plead guilty to disturbing the peace along with one year probation in exchange for dropping the obstruction charges. Playford would also have to stay at least 50 feet away from all peace officers and emergency personnel, severely restricting his ability to cover news stories as a member of the media. The judge also warned Playford that if he is convicted at a retrial, he *would* be sentenced to 2 ½ years in jail.

After hearing the judge's threat to jail him, Mr. Playford decided to accept the plea deal.

This case has once again exposed the rift between media and citizens' rights, and freedom of movement in San Diego County versus sheriff/police comfort and arbitrary decisions by them on where people can stand while police conduct their business.

While the United States Constitution is clear that the citizens (and by extension the media) are the guardians of our freedoms and watchdogs over public officials and law officers, Ms. Roth argued that police need to be in control of all situations in pubic and decide when they want to be filmed and how close the media and citizens can get to them. She even tried to make the argument in her closing statement that Mr. Playford's filming of deputies was similar to yelling "fire" in a crowded movie theater and that neither were protected by the Constitution. She told the jury that individual police officers must be allowed decide where our freedoms begin and where they end.

Concerned citizens who attended the trial were outraged by Roth's statements. "The prosecutor made several false statements about the duties and rights of police officers", said George Berger of San Diego. "After viewing the videos during closing arguments, it was clear to me that J.C. Playford was just doing his job and not interfering with the deputies conducting their business".

Court observers were also outraged that Judge Thompson blocked the Defense from putting on any of their expert witnesses and introducing any of their evidence. The judge even prevented the jury from hearing that Playford works for the media and its his job to film crime and accident scenes and ask questions. To the jury, Playford was allowed to be portrayed by the prosecution as just an obnoxious citizen stalking and harassing Deputy Seiver with a video camera.

"Its amazing with the deck stacked so heavily against him by the DA and judge that he wasn't convicted", opined one observer who didn't want to give her

name.

Playford is well known in the San Diego media for getting the stories and film footage that other reporters won't go after. In October 2009, Playford became the first in the local media to catch a Mexican illegal alien field brothel in action in San Diego's infamous McGonigle Canyon. His footage and story were so powerful, that after it aired on local Channel 10 News the next day, San Diego Police sent a full time mobile command center to the canyon for a week to make sure no more prostitution took place. SDPD also evicted the dozens of illegal aliens who were squatting in the canyon that police had been claiming for years didn't exist. For exposing San Diego's long-time dirty secret in the canyon, SDPD cited Playford and threatened to prosecute him for supposedly beating up a suspected pimp, but witnesses say it was actually the pimp who attacked Playford for filming him leaving the makeshift field brothel. The charges were never filed by SDPD against Playford, but message had been sent – stay out of the Mexican "migrant" camps in San Diego.

In a different case Tuesday at the El Cajon Courthouse, a CHP officer from Ramona admitted on the stand that law enforcement officers routinely discuss Playford amongst themselves and in their official briefings. That contradicts testimony from several Ramona deputies last week, including Seiver, who said that they never talked about Playford and barely knew who he was.

The DA's obstruction case was obviously weak at best. Its hard to believe that the DA would re-prosecute this clear First Amendment case, unless, as Mr. Playford contends, there really is a conspiracy by high elected officials to get him and stop him from monitoring law enforcement in San Diego County.

Stay tuned, this saga is not over.

Video of 3-10-10 incident (count one): http://www.youtube.com/watch?v=nFhL5yWP7tk&feature=channel_video_title

Video of 2-28-10 incident (count two): http://www.youtube.com/watch?v=woQ1tE2vz6A&feature=channel_video_title

Video of 1-4-10 incident where Dep. Seiver allegedly roughs up 16 year old boy in Ramona:

http://www.youtube.com/watch?v=xRfCqMrzH3s&feature=channel_video_title

Video: JC Playford documents Mexican Prostitution in McGonigle Canyon, San Diego, Oct 2009:

http://www.youtube.com/watch?v=Fl5ws6-JDPI&feature=channel_video_title



### Jeff Schwilk
San Diego Immigration Policy Examiner

© 2006-2015 AXS Digital Group LLC d/b/a Examiner.com