EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

EXHIBIT 3

