EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

EXHIBIT 4

## List of Approved Media Organizations
## Pursuant to Practice Book Section 1-10A

Wire Service
Associated Press
Bloomberg News

Daily Newspapers
Bergin Record
Boston Herald
Bristol Press
Chronicle of Willimantic
Chronicle at Quinnipiac University
Connecticut Post
Danbury News-Times
Day of New London
Greenwich Time
Hartford Courant
Herald of New Britain
The Hour
Ireland Independent
Journal Inquirer
Meriden Record-Journal
Middletown Press
New Haven Register
New York Daily News
New York Post
New York Times
Norwich Bulletin
Norwalk Hour
Springfield Republican
Stamford Advocate
Torrington Register-Citizen
Waterbury Republican-American
Wilton Bulletin
(Hersham Acorn)

Internet Newsmedia
CT Mirror
Courtroom View Network
It's Relevant
New Haven Independent
The Patch

Weekly Newspapers
CT Law Tribune

Monthly Newspapers
Norfolk Now

TV Stations
ABC News
American News and Information Services
CNN
CT-N
Channel 3
Channel 8
Channel 12
Channel 30
Channel 61
Court TV
News 22 – NBC affiliate in Springfield
RTE – Irish National TV
WTXX

Radio
Connecticut Radio Network
WDRC
WILI
WLAD
WNPR
WTIC

Please note that the Office of the Chief Court Administrator reserves the right to remove any entity from the approved list of media organizations that does not comply with the Practice Book rules or any established protocol.