# **Declaration of Service**

  I, the undersigned, declare: That I am over the age of eighteen years and not a party to the case and my business address is: 8 Church Street, Suite 3B, Torrington, Connecticut, 06790.

  On April 15, 2016, I served the following documents: **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** in the following manner:

1)   By personally serving the individual named by personally delivering the copies to the offices of the addressee. Time of delivery: __ a.m./p.m.
2)   By placing a copy in a sealed envelope and placing it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practices.
3) **XX**  By electronic filing, I served each of the above-referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following counsel and parties of record:

James M. Chapin, Senior Deputy
1600 Pacific Highway, Room 355
San Diego, CA 92101-2469
Telephone: (619) 531-5244
Fax: (619) 531-6005
E-mail: james.chapin@sdcounty.ca.gov
(Attorney for Defendants County of San Diego, et al.)

C.D. Michel, Attorney
Michel & Associates PC
180 East Ocean Avenue, Suite 200
Long Beach, CA 90802
Email: LQuesada@michellawyers.com
(Attorney for Plaintiff James C. Playford)

Executed April 15, 2016, at Harwinton, Connecticut.

                s/ Rachel M. Baird
                Rachel M. Baird