THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
County of San Diego
By JAMES M. CHAPIN, Senior Deputy (State Bar No. 118530)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5244; Fax: (619) 531-6005
E-mail: james.chapin@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, William D. Gore, Jan Caldwell, Thomas Seiver, Brendan Cook, Jesse Allensworth, James Breneman, Michael Proctor, San Diego County Sheriff's Department and Bonnie Dumanis

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN NEWS AND INFORMATION SERVICES, INC., a Connecticut Corporation; EDWARD A. PERUTA; and JAMES C. PLAYFORD,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>WILLIAM D. GORE, individually and in his official capacity as San Diego County Sheriff; JAN CALDWELL, individually and in her official capacity as San Diego County Sheriff's Department Public Affairs Director; THOMAS SEIVER, San Diego County Sheriff's Department Deputy, individually; BRENDAN COOK, San Diego County Sheriff's Department Deputy, individually; JESSE ALLENSWORTH, San Diego County Sheriff's Department Deputy, individually; JAMES BRENEMAN, San Diego County Sheriff's Department Deputy, individually; MICHAEL PROCTOR, San Diego County Sheriff's Department Deputy, individually; JOHN DOE 1-10; San Diego County Sheriff's Department; WILLIAM LANSDOWNE, individually and in his official capacity as San Diego Police Chief; JOHN DOE 1-10; San Diego Police Department; and BONNIE DUMANIS, individually and in her official capacity as San Diego County District Attorney; JOHN DOE 1-10; San Diego County District Attorney's Office, individually,<br><br>　　　Defendants. | No.  12-cv-2186-BEN(KSC)<br><br>SUPPLEMENTAL DECLARATION OF JAN CALDWELL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Date:  May 3, 2016<br>Time:  9:30 a.m.<br>Dept.:  5A - Courtroom of the Honorable Roger T. Benitez<br>Trial Date:  None |

12-cv-2186-BEN(KSC)

I, JAN CALDWELL, declare as follows:

1. I have viewed the photograph submitted by plaintiff in opposition to summary judgment. I don't recognize that picture. I don't know who provided that photograph to the front desk.

2. On May 31, 2012, I sent a photograph of Playford to the front desk at the Sheriff's Administrative Center on Ridgehaven Court for security concerns. I confirmed that date by reviewing my emails and locating the one that is attached to this declaration. I believe that I obtained that photograph from the San Diego Police Department, which I assume was from his prior media credential issued by them. I never disseminated a photograph of Playford to deputies in the field at any time.

I declare under penalty of perjury under California law that the foregoing is true and correct.

April 22, 2016.

s:/ JAN CALDWELL
_____
JAN CALDWELL

-----Original Message-----
From: Caldwell, Jan
Sent: Thursday, May 31, 2012 2:19 PM
To: Curran, Timothy; Barletta, Mike; Fowler, Donald
Cc: Duke, Patricia; Myers, David; Jankola, Susan; Aquino, Melissa; Uribe, Adriana
Subject: Concerns

All -

Wanted to share info with you -

The three attachments are photographs of JC Playford, Ed Peruta, and Ed Baier; well-known 'journalists' to SDPD and ourselves.

Playford was recently found guilty of 148 PC from an incident in Vista and this past Friday, we arrested him again for 148 PC for interfering with the Ramona fatality. Subsequent to that arrest, Both Ed Peruta and Ed Baier sent several emails to me threatening a federal lawsuit and demanding to know why Playford was arrested. I only answered the first one to advise the 148 charge.

Playford arrived at the Encinitas station yesterday with a pile of papers and loud voice. He wasn't arrested - but is a chronic issue.

While there haven't been any overt threats, these three have issues with law enforcement - especially the SO and SDPD. Of the three, only Peruta holds a valid media credential, issued by the SDPD. They frequently show up on various scenes, and would like you all to have these photos for officer-safety concerns.

The more our troops know about these three, the safer I hope they are.

-Jan

1