Declaration of Service

I, the undersigned, declare: That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On April 22, 2016, I served the following documents: **Reply Memorandum Of Points And Authorities In Support Of Motion For Summary Judgment; Supplemental Declaration Of Jan Caldwell In Support Of Defendants' Motion For Summary Judgment** in the following manner:

 By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

| | |
|---|---|
| Rachel M. Baird, Esq. | C. D. Michel, Esq. |
| 8 Church Street, Suite 3B | Michel & Associates PC |
| Torrington, CT 06790-5247 | 180 East Ocean Avenue, Suite 200 |
| (860) 626-9991 | Long Beach, California 90802 |
| (860) 626-9992 (fax) | E-mail: Lquesada@michellawyers.com |
| E-mail: rbaird@rachelbairdlaw.com | (Attorney for Plaintiffs) |
| (Attorneys for Plaintiffs) | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 22, 2016, at San Diego, California.

By: s/ JAMES M. CHAPIN
E-mail: james.chapin@sdcounty.ca.gov

American News and Information Services, Inc., etc., et al. v. William D. Gore, etc., et al.;
USDC No. 12cv-2186-BEN(KSC)