

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| American News and Information Services, Inc., James C. Playford | Civil Action No. 12-cv-02186-BEN-KSC |
| **Plaintiff,** | |
| V. | |
| William D. Gore, Jan Caldwell, County of San Diego | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court grant summary judgment to Defendants Gore, Caldwell, and the County on Plaintiff's remaining claims for First Amendment retaliation and failure to train.

Date:   4/29/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ K. Betancourt

K. Betancourt, Deputy